Armand J. Howell, Bar Number 10029
Benjamin J. Mann, Bar Number 12588
HALLIDAY, WATKINS & MANN, P.C.
Attorneys for Citizens Bank NA f/k/a RBS Citizens NA
376 East 400 South, Suite 300
Salt Lake City, UT 84111
Telephone: 801-355-2886
Fax: 801-328-9714
Email: armand@hwmlawfirm.com
File No: 56663

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH
# CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>JONATHAN CHRISTIAN BLAIR aka<br>JONATHAN CHRISTIAN DAVID BLAIR<br><br>Debtor. | Bankruptcy Case No. 21-20073 RKM<br>Chapter 13<br><br>**OBJECTION TO PLAN AND MAILING CERTIFICATE** |

Citizens Bank NA f/k/a RBS Citizens NA, (referred to herein as "Secured Creditor") holds a valid Note and lien against Debtor's residence, located at 610 Gramercy Avenue, Ogden, UT 84404, and objects to the Chapter 13 Plan of Debtor as follows:

1. Although the Debtor treats Secured Creditor in the plan, the treatment amount is insufficient to cover the estimated pre-petition arrearage amount of $50,683.70.

2. Due to the significant difference between the estimated arrearages and Debtor's Chapter 13 Plan, feasibility of Debtor's Plan is questionable.

3. The plan should provide for the full amount of Secured Creditor's trust deed lien and other loan terms remain in effect and are not modified except as expressly provided in the plan.

DATED this 9th day of February, 2021.

/s/ Armand J. Howell
Armand J. Howell
Attorney for Citizens Bank NA f/k/a RBS Citizens NA

## **MAILING CERTIFICATE**

The undersigned hereby certifies that true and correct copies of the foregoing Objection to Plan and Mailing Certificate were mailed by first class mail, postage prepaid, this 9th day of February, 2021, to each of the following:

| | |
|---|---|
| Jonathan Christian Blair<br>610 North Gramercy Ave<br>Ogden, UT 84404<br>Debtor | Roy D. Cole<br>Via ECF<br>Debtor's Attorney |
| United States Trustee<br>Via ECF | Lon Jenkins<br>Via ECF<br>Chapter 13 Trustee |

/s/ Armand J. Howell